**Electronically Filed
Supreme Court
SCWC-20-0000286
26-DEC-2024
12:46 PM
Dkt. 17 OGAC**

SCWC-20-0000286

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In Re MOLOAA FARMS LLC,
Respondent/Claimant-Appellant,

vs.

PAUL C. HUBER, individually,
Petitioner and Respondent/Respondent-Appellee,

and

ASSOCIATION OF APARTMENT OWNERS OF MOLOAA HUI I; PAUL C. HUBER,
as President of the Association of Unit Owners of Moloaa Hui I;
ASSOCIATION OF APARTMENT OWNERS OF MOLOAA HUI II;
and NED Y. WHITLOCK, as President of the
Association of Unit Owners of Moloaa Hui II;
Respondents and Petitioners/Respondents-Appellees,

and

CANDACE L. STRONG, individually;
Respondent and Petitioner/Respondent-Appellee,

and

MOLOAA HUI LANDS, INC.; and ERIC M. STRONG, as President and
Chief Executive Officer of Moloaa Hui Lands, Inc.,
Respondents/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000286; CAAP-20-0000444; 5CSP-20-0000004)

<u>ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The Applications for Writ of Certiorari filed on (1) October 24, 2024, by Paul C. Huber, individually; (2) October 25, 2024, by the Association of Apartment Owners of Moloaa Hui I; Paul C. Huber, as President of the Association of Unit Owners of Moloaa Hui I; the Association of Apartment Owners of Moloaa Hui II; Ned Y. Whitlock, as President of the Association of Unit Owners of Moloaa Hui II; and (3) October 29, 2024, by Candace L. Strong, are hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 26, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2